UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CORE NUTRITIONALS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> MAXIMUM HUMAN PERFORMANCE, LLC, <br><br> Defendant. | CASE NO. 2:19-cv-04679-RGK-JPR <br><br> **[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION** <br><br> The Hon. R. Gary Klausner |

WHEREAS, plaintiff Core Nutritionals, LLC ("Core Nutritionals"), and defendant Maximum Human Performance, LLC ("MHP"), have agreed in a separate agreement to settlement of the matters in issue between them and to entry of this Consent Judgment and Permanent Injunction, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

1. ~~This is an action for: (1) federal trademark infringement and federal false designation of origin under the Trademark (Lanham) Act of 1946, as amended, 15 U.S.C. §1051, *et seq.*; (2) statutory unfair competition under California Business and Professions Code §17200, *et seq.*; (3) common law trademark infringement; and (4) common law unfair competition.~~

2. ~~This Court has jurisdiction over all of the parties in this action and over the subject matter in issue based on 28 U.S.C §§1331, 1338(a), 1338(b), and 1367(a), as well as 15 U.S.C. §1121(a).~~ This Court further has continuing jurisdiction to enforce the terms and provisions of this Consent Judgment and Permanent Injunction. ~~Venue is also proper in this Court pursuant to 28 U.S.C. §§1391(b) and 1391(c).~~

3. ~~Core Nutritionals is a Virginia limited liability company, having its principal place of business at 22370 Davis Drive, Unit 100, Sterling, Virginia 20164.~~

4. ~~MHP is a Delaware limited liability company, having its principal place of business at 165 Clinton Road, West Caldwell, New Jersey 07006.~~

5. For purposes of this case, Core Nutritionals is the owner of all right, title, and interest in United States Trademark Registration No. 4,341,175 ("the '175 trademark") for CRUSH IT! for dietary and nutritional supplements, which is valid and enforceable. ~~A copy of this registration is attached hereto as **Exhibit 1**.~~

6. MHP has advertised, marketed, promoted, distributed, offered for sale, and sold dietary and/or nutritional supplements using and/or bearing "CRUSH IT!" in the United States. ~~Examples from MHP's website (www.mhpstrong.com) are attached hereto as **Exhibit 2**, respectively.~~

7. ~~Core Nutritionals alleges that MHP's advertising, marketing, promotion, distribution, offer for sale, and sale of the CRUSH IT! supplements is likely to cause, and has caused, confusion, mistake, and deception among the consuming public in that it literally and/or colorably imitates the '175 trademark. Core Nutritionals therefore alleges that this constitutes infringement of the '175 trademark in violation of the Lanham Act, 15 U.S.C. §1051, *et seq.*, to the substantial and irreparable injury of the public and of Core Nutritionals' business reputation and goodwill.~~

8. ~~Core Nutritionals alleges that MHP's advertising, marketing, promotion, distribution, and offer for sale of the CRUSH IT! supplements has also infringed on Core Nutritionals' federal and common law trademark rights in the '175 trademark in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a), as such acts are likely to~~

1 ~~deceive, and have deceived, customers and prospective customers into believing that~~
2 ~~MHP's CRUSH IT! supplements are from, sponsored by, or affiliated with Core~~
3 ~~Nutritionals.~~
4     9.    ~~Core Nutritionals alleges that MHP's advertising, marketing, promotion,~~
5 ~~distribution, offer for sale, and sale of the CRUSH IT! supplements further constitutes~~
6 ~~statutory unfair competition in violation of California Business & Professions Code~~
7 ~~§17200, *et seq*., common law trademark infringement, and common law unfair~~
8 ~~competition~~.
9     10.   MHP, and their officers, directors, agents, assigns, and all persons and/or entities acting for, with, by, though, and/or in concert and participation with them, or any of them, are hereby permanently enjoined from engaging in any of the following activities:

(a) manufacturing, advertising, marketing, promoting, distributing, offering for sale, and/or selling the supplements containing the CRUSH IT! mark;

(b) manufacturing, advertising, marketing, promoting, distributing, offering for sale and/or selling supplements, namely dietary and nutritional supplements, that infringe the '175 trademark;

(c) using "CRUSH IT!" in connection with the manufacture, advertisement, marketing, promotion, distribution, offer for sale and/or sale of supplements, namely dietary and nutritional supplements, or any other goods or services not originating from or authorized by Core Nutritionals;

(d) using "CRUSH IT!" or "CRUSH IT" in any manner likely to cause confusion, to cause mistake, or to deceive the consuming public;

(e) representing in any manner, or by any method whatsoever, that goods, services, or other products provided by MHP are sponsored by, approved by, authorized by, or originate from Core Nutritionals or otherwise taking any action likely to cause confusion, mistake, or deception as to the origin, approval, sponsorship, or certification of such goods or services;

LEWIS
BRISBOIS

    (f) committing any acts calculated or likely to cause consumers to believe that MHP's products and/or services are Core Nutritionals' products and/or services, or are authorized by Core Nutritionals unless they are such; and

    (g) unfairly competing with Core Nutritionals in any manner.

  11. Service by first class mail upon MHP, addressed to Joan E. Cochran, Esq., Cochran, Davis & Associates, P.C., 36 Malaga Cove Plaza, Suite 206, Palos Verdes Estates, CA 90274 of a copy of this Consent Judgment and Permanent Injunction entered by the Court is deemed sufficient notice under Federal Rule of Civil Procedure 65. It shall not be necessary for MHP to sign any form of acknowledgment of service.

  12. The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED:**

DATED: February 3, 2020

*/s/ Gary Klausner*
_____
Hon. R. Gary Klausner
United States District Judge

Presented by:

Lawrence R. LaPorte, (State Bar No. 130003
LEWIS, BRISBOIS, BISGAARD & SMITH LLP
  E-Mail: Lawrence.laporte@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiff,
CORE NUTRITIONALS, LLC

Joan E. Cochran (State Bar No. 128251)
COCHRAN, DAVIS & ASSOCIATES, P.C.
36 Malaga Cove Plaza, Suite 206
Palos Verdes Estates, CA 92074

Attorneys for Defendant,
MAXIMUM HUMAN PERFORMANCE, LLC